(February 9, 2012)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIFFANY TOLLIVER, Appellant. [937 NYS2d 896]—

Malone Jr., J.

Mercure, A.P.J., Spain, Rose and McCarthy, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD J. HUMPHREY, JR., Appellant. [937 NYS2d 897]